IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Christopher R. Murray,<br>    Chapter 7 Trustee, | §<br>§<br>§ | |
| v. | § | C.A. No. 4:22-cv-01625 |
| Baker Botts L.L.P.,<br>    Defendant. | §<br>§<br>§<br>§ | |

**<u>NOTICE OF APPEARANCE</u>**

Kristen M. Jacobsen of the law firm of Baker Botts L.L.P. hereby enters her appearance as counsel in the above-referenced action on behalf of Defendant Baker Botts L.L.P. and requests that she receive electronic notice of all filings in the above-referenced action through the Court's electronic filing system.

Dated:  June 15, 2022                                 Respectfully submitted,

OF COUNSEL:                                           BAKER BOTTS L.L.P.

Kristen M. Jacobsen
Baker Botts L.L.P.
Texas Bar No. 24101381                                By: */s/ Paul R. Elliott*
910 Louisiana St.                                         Paul R. Elliott
Houston, Texas 77002                                      Attorney-in-Charge
Tel: (713) 229-1509                                       Texas Bar No. 06547500
Fax: (713) 229-7809                                       Southern Dist. No. 12867
kristen.jacobsen@bakerbotts.com                           910 Louisiana St.
                                                          Houston, Texas 77002
                                                          Tel: (713) 229-1226
                                                          Fax: (713) 229-1522
                                                          paul.elliott@bakerbotts.com

                                                      *Attorneys for Defendant Baker Botts L.L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2022, a copy of this document was served on all counsel of record via ECF.

                                                      */s/ Kristen M. Jacobsen*
                                                      Kristen M. Jacobsen